**Edy Selamet KELIAT, Petitioner,**

v.

**Jeff B. SESSIONS, Attorney General, Respondent.**

**No. 14-72429**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 22, 2017

Cindy Siuhuei Chang, Law Offices of Cindy S. Chang, Walnut, CA, for Petitioner

Brendan Paul Hogan, Esquire, Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Edy Selamet Keliat, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the BIA's refusal to reopen proceedings sua sponte

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

where Keliat does not raise any legal or constitutional challenges to the BIA's order. *See Mejia-Hernandez v. Holder*, 633 F.3d 818, 823-24 (9th Cir. 2011); *cf. Bonilla v. Lynch*, 840 F.3d 575, 588 (9th Cir. 2016).

**PETITION FOR REVIEW DISMISSED.**

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.